Alan H. Weinreb, Esq.
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 921-3838
alan@nyfclaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN HOLDINGS TRUST, A DELAWARE STATUTORY TRUST | Case No.:<br><br>**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| Plaintiff, | |
| -against- | |
| YVETTE SAMBO, BETHPAGE FEDERAL CREDIT UNION, | |
| Defendants. | |

-------------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee of The Aspen Holdings Trust, A Delaware Statutory Trust hereby certifies as follows:

1. Wilmington Savings Fund Society, FSB is a wholly owned subsidiary of WSFS Financial Corporation which is a publicly traded company.

Dated:  January 7, 2022
          Syosset, New York

              Yours, etc.
              The Margolin & Weinreb Law Group, LLP
              Attorneys for Plaintiff

              By:/s/ Alan H. Weinreb
                Alan H. Weinreb, Esq.